Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
Telephone: 725-248-2900
Facsimile: 725-248-2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us

Attorneys for Plaintiff,
Texas Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEXAS INSURANCE COMPANY, a Texas corporation; <br><br> Plaintiff, <br><br> v. <br><br> L.A. PACIFIC CENTER, INC., a Nevada corporation, WEN-SHAN CHANG, an individual; POLLY CHANG, an individual; KARIN CHANG, an individual, EDWIN MILLER THOMPSON, an individual; ANDREA BENITEZ-JIMENEZ, an individual; and ROLANDO BENITEZ-JIMENEZ, an individual. <br><br> Defendants. | CASE NO.: 2:25-cv-1238-GMN-DJA <br><br> **STIPULATION AND ORDER FOR CONSENT JUDGMENT** |

Defendants L.A. Pacific Center, Inc., Wen-Shan Chang, Polly Chang and Karin Chang ("LA Pacific Defendants") (collectively "Defendants") hereby stipulate and agree that the Texas Insurance Company Excess Insurance Policy No. 88-G0003336-02, (hereinafter "Excess Policy") does not provide coverage in any way for the Underlying Lawsuits (*Edwin Miller Thompson v. L.A. Pacific Center, Inc. d/b/a Alexis Park Resort, et al.* case no. A-23-870318-C and *Andrea Benitez-Jimenez, et al v. L.A. Pacific Center, Inc d/b/a Alexis Park Resort, et al.* Case No. A-24-886633-C ("Underlying Lawsuits").

///

///

- 1 -

Defendants further agree, stipulate, and consent to judgment being issued in this case in favor of Plaintiff Texas Insurance Company ("Plaintiff") declaring it has no coverage obligations whatsoever for either defense or indemnity of the Underlying Lawsuit under the Excess Policy.

Defendants hereby stipulate that they have not assigned and forever waive their right to assign any first-party rights against Texas Insurance Company for any claim of insurance coverage under the Excess Policy for the Underlying Lawsuit.

The Parties further stipulate and agree that there is no monetary or financial obligation for Defendants in the judgment, that each party shall bear its own fees and costs related to the litigation, and that no special damages, no compensatory damages, no general damages, no punitive damages, and no interest are awarded to Plaintiff.

It is so stipulated and agreed.

Dated: December 15, 2025

CLYDE & CO US LLP

/s/ Dylan P. Todd
BY:_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
*Attorneys for Plaintiff,*
*Texas Insurance Company*

Dated: December 11, 2025

_____
WEN-SHAN CHANG

Dated: December 11, 2025

_____
KARIN CHANG

Dated: December 11, 2025

L.A. PACIFIC CENTER, INC. d/b/a ALEXIS PARK RESORT

BY: _____
President
Representative/Position

Dated: December 11, 2025

_____
POLLY CHANG

-2-

Texas Insurance Company v. L.A. Pacific Center, Inc., et al.
Case No.: 2:25-cv-1238-GMN-DJA

## ORDER

BASED ON THE STIPULATION OF THE PARTIES and good cause appearing, therefore

IT IS DECLARED AND ORDERED that no coverage is afforded to Defendants Edwin Miller Thompson, Andrea Benitez-Jimenez and Rolando Benitez-Jimenez, L.A. Pacific Center, Inc., Wen-Shan Chang, Polly Chang and Karin Chang under the Texas Insurance Company Excess Insurance Policy No. 88-G0003336-02 for the Underlying Lawsuit Case No. A-24-886633-C.

IT IS FURTHER DECLARED AND ORDERED that there is no monetary or financial obligation for Defendants in the judgment.

IT IS FURTHER DECLARED AND ORDERED that no damages are awarded to Plaintiff.

IT IS FURTHER DECLARED AND ORDERED that each party shall bear its own fees and costs related to the litigation.

Dated this _7_ day of January, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

CLYDE & CO US LLP

/s/ Dylan P. Todd
_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
*Attorneys for Plaintiff,
Texas Insurance Company*