Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
Facsimile:725-248-2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us

*Attorneys for Plaintiff,*
*Texas Insurance Company*

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TEXAS INSURANCE COMPANY, a Texas corporation;

Plaintiff,

v.

L.A. PACIFIC CENTER, INC., a Nevada corporation; WEN-SHAN CHANG, an individual; POLLY CHANG, an individual; KARIN CHANG, an individual; EDWIN MILLER THOMPSON, an individual; ANDREA BENITEZ-JIMENEZ, an individual; and ROLANDO BENITEZ-JIMENEZ, an individual,

Defendants.

CASE NO.: 2:25-cv-1238-GMN-DJA

**STIPULATION AND ORDER FOR CONSENT JUDGMENT**

Defendants Andrea Benitez-Jimenez and Rolando Benitez-Jimenez ("Jimenez Defendants") hereby stipulate and agree that the Texas Insurance Company Excess Insurance Policy No. 88-G0003336-02, (hereinafter "Excess Policy") does not provide coverage in any way for the underlying lawsuit (*Andrea Benitez-Jimenez, et al v. L.A. Pacific Center, Inc d/b/a Alexis Park Resort, et al*, Case No. A-24-886633-C) ("Underlying Lawsuit")). Jimenez Defendants further stipulate and agree they will not seek any assignment of Defendants L.A. Pacific Center, Inc., Wen- Shan Chang, Polly Chang and Karin Chang ("LA Pacific Defendants") first-party rights relating in any way to the insurance coverage for LA Pacific Defendants under the Excess Policy and agree to forever waive any such rights as it relates to the Underlying Lawsuit.

Jimenez Defendants further agree, stipulate, and consent to judgment being issued in this case in favor of Plaintiff Texas Insurance Company declaring it has no coverage obligations whatsoever for either defense or indemnity of the Underlying Lawsuit under the Excess Policy.

Dated: December 5, 2025

CLYDE & CO US LLP

***/s/ Dylan P. Todd***

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
*Attorneys for Plaintiff,*
*Texas Insurance Company*

Dated: December 5, 2025

CHRISTIAN MORRIS TRIAL ATTORNEYS

***/s/ Victoria R. Allen***

Christian M. Morris (NV Bar 11218)
Victoria R. Allen (NV Bar 15005)
Sarah E. DiSalvo (NV Bar 16398)
2250 Corporate Circle, Suite 390
Henderson, NV 89074
Phone: 702-434-8282
*Attorneys for Underlying Plaintiffs,*
*Andrea Benitez-Jimenez and Rolando Benitez-Jimenez*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**ORDER**

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS DECLARED AND ORDERED** that no coverage is afforded to Defendants Edwin Miller Thompson, Andrea Benitez-Jimenez and Rolando Benitez-Jimenez, L.A. Pacific Center, Inc., Wen-Shan Chang, Polly Chang and Karin Chang under the Texas Insurance Company Excess Insurance Policy No. 88-G0003336-02 for the Underlying Lawsuit Case No. A-24-886633-C.

Dated this 7 day of January, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

CLYDE & CO US LLP

***/s/ Dylan P. Todd***

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
*Attorneys for Plaintiff,*
*Texas Insurance Company*

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128