1   Amy M. Samberg (NV Bar No. 10212)
    Dylan P. Todd (NV Bar No. 10456)
2   CLYDE & CO US LLP
    7251 W. Lake Mead Blvd., Suite 430
3   Las Vegas NV  89128
    Telephone: 725-248-2900
4   Facsimile:725-248-2907
    amy.samberg@clydeco.us
5   dylan.todd@clydeco.us

6   *Attorneys for Plaintiff,*
    *Texas Insurance Company*
7

                    **UNITED STATES DISTRICT COURT**
8
                          **DISTRICT OF NEVADA**
9

10  TEXAS INSURANCE COMPANY, a Texas        CASE NO.: 2:25-cv-1238-GMN-DJA
    corporation;
11                                           **STIPULATION AND ORDER FOR**
                    Plaintiff,               **CONSENT JUDGMENT**
12
    v.
13
    L.A. PACIFIC CENTER, INC., a Nevada
14  corporation; WEN-SHAN CHANG, an
    individual; POLLY CHANG, an individual;
15  KARIN CHANG, an individual; EDWIN
    MILLER THOMPSON, an individual;
16  ANDREA BENITEZ-JIMENEZ, an individual;
    and ROLANDO BENITEZ-JIMENEZ, an
17  individual,
18
                    Defendants.
19

20        Defendant Edwin Miller Thompson ("Thompson") hereby stipulates and agrees that

21  Defendants L.A. Pacific Center, Inc., Wen-Shan Chang, Polly Chang and Karin Chang ("LA Pacific

22  Defendants") agreed to an excess policy issued by Texas Insurance Company Excess Insurance

23  Policy No. 88-G0003336-02, (hereinafter "Excess Policy") containing a firearm exclusion that , as

24  a result, does not provide coverage in any way for the underlying lawsuits (Edwin Miller Thompson

25  v. L.A. Pacific Center, Inc. d/b/a Alexis Park Resort, et al, case no. A-23-870318-C ("Underlying

26  Lawsuit")). Thompson further stipulates and agrees that he will not seek any assignment of LA

27  Pacific Defendants" first-party rights relating in any way to the insurance coverage for LA Pacific

28  Defendants under the Excess Policy and agrees to forever waive any such rights as it relates to the

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

1    Underlying Lawsuit.

2         Thompson further agrees, stipulates, and consents to judgment being issued in this case in

3    favor of Plaintiff Texas Insurance Company declaring it has no coverage obligations whatsoever

4    for either defense or indemnity of the Underlying Lawsuit under the Excess Policy.

5    Dated: December 4, 2025                          Dated: December 4, 2025

6    CLYDE & CO US LLP                                ER INJURY ATTORNEYS

7        */s/ Dylan P. Todd*                              */s/ Corey M. Eschweiler*

8    Amy M. Samberg (NV Bar No. 10212)               Corey M. Eschweiler (NV Bar No. 6635)
     Dylan P. Todd (NV Bar No. 10456)                Justin G. Randall (NV Bar No. 12476)
9    7251 W. Lake Mead Blvd., Suite 430              1700 S. Pavilion Center Drive, Suite 530
     Las Vegas NV  89128                             Las Vegas, NV 89135
10   Telephone: 725-248-2900                         Phone: 702-968-7500
     *Attorneys for Plaintiff,*                        *Attorneys for Underlying Plaintiff,*
11   *Texas Insurance Company*                         *Edwin Miller Thompson*

12

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Texas Insurance Company v. L.A. Pacific Center, Inc., et al*
*Case No.: 2:25-cv-1238-GMN-DJA*

### ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS DECLARED AND ORDERED** that no coverage is afforded to Defendants Edwin Miller Thompson, Andrea Benitez-Jimenez and Rolando Benitez-Jimenez, L.A. Pacific Center, Inc., Wen-Shan Chang, Polly Chang and Karin Chang under the Texas Insurance Company Excess Insurance Policy No. 88-G0003336-02 for the Underlying Lawsuit Case No. A-24-886633-C.

The Clerk of Court is kindly directed to close this case.

Dated this __7__ day of January, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

CLYDE & CO US LLP

*/s/ Dylan P. Todd*
_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
*Attorneys for Plaintiff,*
*Texas Insurance Company*